Acknowledged.

This action is hereby dismissed.

Date: 1/15/2020

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shenise Nash, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>National Credit Adjusters, LLC, a Kansas limited liability company,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 1:19-cv-1438-SEB-MJD<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

The parties, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulate to the dismissal of Plaintiff's claim with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: January 13, 2020

One of Plaintiff's Attorneys

/s/_David_J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60457

One of Defendant's Attorneys

/s/_Trevor W. Wells (w-permission)____
Trevor W. Wells (Ind. Bar No. 31156-64)
Reminger Co., L.P.A
One Professional Center, Suite 202
2100 N. Main Street
Crown Point, Indiana 46307

The foregoing stipulation is hereby approved and Plaintiff's individual claim is hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice.

Dated: _____, 2020

ENTERED:

_____
Judge, United States District Court